### NEVILS *v.* CAMPBELL.

A *scire facias* on the transcript of a justice's judgment for execution against real estate, should show that a transcript of the justice's proceedings on the judgment was filed in the Circuit Court.

ERROR to the *La Grange* Circuit Court.

DEWEY, J.—*Scire facias* on the transcript of a justice's judgment for execution against real estate. The *scire facias* alleges, that the justice filed in the Circuit Court a transcript of a judgment rendered by him in favour of the plaintiff against the defendant below; but it does not state that he filed there a transcript of his proceedings upon the judgment. Judgment in the Circuit Court against the defendant by default.

The statute which governs this case required the justice to forward to the Circuit Court a certified transcript of his judgment and proceedings to be filed by the clerk of that Court. R. S. 1838, p. 375. The *scire facias* is fatally defective for not showing, that a certified transcript of the proceedings upon the justice's judgment was filed in the Circuit Court. *Codding* v. *Deal*, 6 Blackf. 80. The *scire facias* is in other respects informal; and the judgment of the Circuit Court is equally so.

*Per Curiam.* — The judgment is reversed with costs. Cause remanded, &c.

*J. B. Howe*, for the plaintiff.
*W. H. Coombs*, for the defendant.